UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. ,<br><br>    Plaintiff,<br><br>v.<br><br>Jose Serratos Velasquez,<br><br>    Defendant. | Case No.  2:14-cv-02666 KJM AC<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

on the plaintiff's claims brought pursuant to 47 U.S.C. § 605(a). AWARDING the plaintiff $5,000.00 in statutory damages.

Date: March 21, 2016                                         MARIANNE MATHERLY, CLERK

                                                             By: /s/  G. Michel
                                                             Deputy Clerk